# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 20-967V
UNPUBLISHED

| | |
|---|---|
| REGINA SALIOT, *as Prochein Ami for* RICHARD SALIOT, *Incapacitated Person*, | Chief Special Master Corcoran |
| | Filed: October 20, 2021 |
| Petitioner, | |
| v. | Special Processing Unit (SPU); Ruling on Entitlement; Concession; |
| SECRETARY OF HEALTH AND HUMAN SERVICES, | Table Injury; Influenza (Flu) Vaccine; Guillain-Barre Syndrome (GBS) |
| Respondent. | |

*Dennis W. Potts, Dennis W. Potts, Esq., Honolulu, HI, for Petitioner.*

*Kimberly Shubert Davey, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On August 4, 2020, Regina Saliot, on behalf of her husband, Richard Saliot, filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered Guillan-Barré Syndrome (GBS) as a result of an influenza (flu) vaccination received on October 29, 2019 . Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On October 8, 2021, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at

---

[1] Because this unpublished Ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

1. Specifically, "[I]t is [R]espondent's position that " [P]etitioner has satisfied the criteria set forth in the Vaccine Injury Table ("Table") and the Qualifications and Aids to Interpretation ("QAI"). *Id.* at 9. Respondent further agrees that the scope of damages is limited to Petitioner's GBS and its related sequelae only. *Id.* at 10.

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master